Case 1:08-cv-00923-RJA-HKS   Document 49   Filed 03/27/2009   Page 1 of 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and<br>SPIN MASTER, INC.,<br><br>      Plaintiffs,<br><br>   vs.<br><br>BUREAU VERITAS S.A., BUREAU VERITAS<br>CONSUMER PRODUCTS SERVICES, INC.,<br>EUROFINS SCIENTIFIC S.A. and<br>EUROFINS PRODUCT SAFETY LABS,<br><br>      Defendants. | **STIPULATION**<br><br>Civil No. 08 CV 0923<br><br>Hon. Richard J. Arcara, Chief Judge |

  **WHEREAS** Defendants Bureau Veritas S.A., Bureau Veritas Consumer Products Services, Inc., Eurofins Scientific S.E. and Eurofins Product Safety Labs (collectively "Defendants") have filed motions to dismiss the captioned action for, among other grounds, lack of subject matter jurisdiction; and

  **WHEREAS** Plaintiffs Spin Master, Inc. and Spin Master Ltd. (collectively "Plaintiffs") and Defendants have agreed to resolve these motions by dropping certain parties from this action without prejudice pursuant to *Fed. R. Civ. P.* 21;

  **IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Plaintiff Spin Master, Inc. is dropped as a party to this action without prejudice pursuant to Rule 21.

2. Defendant Bureau Veritas S.A. is dropped as a party to this action without prejudice pursuant to Rule 21.

3. Defendant Eurofins Scientific S.E. is dropped as a party to this action without prejudice pursuant to Rule 21.

4. The Motion to Dismiss this action that Defendants Bureau Veritas S.A. and Bureau Veritas Consumer Products Services, Inc. filed on March 6, 2009 (as no. 38 on the docket) is hereby dismissed without prejudice as moot.

5. The Motion to Dismiss this action that Defendant Eurofins Scientific S.E. filed on March 6, 2009 (as no. 40 on the docket) is hereby dismissed without prejudice as moot.

6. The Motion to Dismiss this action that Defendant Eurofins Product Safety Labs filed on March 12, 2009 (as no. 47 on the docket) is hereby dismissed without prejudice as moot.

      **AND IT IS FURTHER STIPULATED** that facsimile signatures will be equivalent to original signatures and that this Stipulation and Consent Order may be executed in counterparts.

Dated: March 27, 2009

**STIPULATED AND AGREED.**

| | |
|---|---|
| **HISCOCK & BARCLAY, LLP** | **WINSTON & STRAWN LLP** |
| By: _____ <br> 1100 M&T Center <br> 3 Fountain Plaza <br> Buffalo, New York 14203 <br> Telephone: (716) 566-1300 <br> Facsimile: (716) 566-4012 <br> *Attorneys for Plaintiffs Spin Master, Inc. and Spin Master Ltd.* | By: _____ <br> 35 West Wacker Drive <br> Chicago, IL 60601 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 <br> *Attorneys for Plaintiffs Spin Master, Inc. and Spin Master Ltd* |
| **MILBER MAKRIS PLOUSADIS & SEIDEN, LLP** | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP** |
| By: [signature] <br> 2809 Wehrle Drive, Suite 14 <br> Williamsville, NY 14221 <br> Telephone: (716) 633-3313 <br> Facsimile: (716) 633-3318 <br> *Attorneys for Defendant Eurofins Product Safety Labs* | By: _____ <br> 1633 Broadway <br> New York, New York 10019 <br> Telephone: (212) 506-1700 <br> Facsimile: (212) 506-1800 <br> *Attorneys for Defendant Eurofins Scientific S.E.* |
| **HUGHES HUBBARD & REED LLP** | |
| By: [signature] <br> One Battery Park Plaza <br> New York, New York 1004 <br> Telephone: (212) 837-6000 <br> Facsimile: (212) 422-4726 <br> *Attorneys for Defendants Bureau Veritas S.A. and Bureau Veritas Consumer Products Services, Inc.* | |

**SO ORDERED.**

_____

AND IT IS FURTHER STIPULATED that facsimile signatures will be equivalent to original signatures and that this Stipulation and Consent Order may be executed in counterparts.

Dated: March 27, 2009

**STIPULATED AND AGREED.**

**HISCOCK & BARCLAY, LLP**

By: _____
1100 M&T Center
3 Fountain Plaza
Buffalo, New York 14203
Telephone: (716) 566-1300
Facsimile: (716) 566-4012
*Attorneys for Plaintiffs Spin Master, Inc.
and Spin Master Ltd.*

**WINSTON & STRAWN LLP**

By: _____
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
*Attorneys for Plaintiffs Spin Master, Inc.
and Spin Master Ltd*

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

By: _____
2809 Wehrle Drive, Suite 14
Williamsville, NY 14221
Telephone: (716) 633-3313
Facsimile: (716) 633-3318
*Attorneys for Defendant
Eurofins Product Safety Labs*

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

By: _____
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
*Attorneys for Defendant
Eurofins Scientific S.E.*

**HUGHES HUBBARD & REED LLP**

By: _____
One Battery Park Plaza
New York, New York 1004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
*Attorneys for Defendants Bureau Veritas S.A.
and Bureau Veritas Consumer Products
Services, Inc.*

**SO ORDERED.**

_____

2

AND IT IS FURTHER STIPULATED that facsimile signatures will be equivalent to original signatures and that this Stipulation and Consent Order may be executed in counterparts.

Dated: March ___, 2009

**STIPULATED AND AGREED.**

| **HISCOCK & BARCLAY, LLP** | **WINSTON & STRAWN LLP** |
|---|---|
| By: _____ | By: _____ |
| 1100 M&T Center | 35 West Wacker Drive |
| 3 Fountain Plaza | Chicago, IL 60601 |
| Buffalo, New York 14203 | Telephone: (312) 558-5600 |
| Telephone: (716) 566-1300 | Facsimile: (312) 558-5700 |
| Facsimile: (716) 566-4012 | Attorneys for Plaintiffs Spin Master, Inc. |
| Attorneys for Plaintiffs Spin Master, Inc. | and Spin Master Ltd |
| and Spin Master Ltd. | |
| **MILBER MAKRIS PLOUSADIS & SEIDEN, LLP** | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP** |
| By: _____ | By: _[signature]_____ |
| 2809 Wehrle Drive, Suite 14 | 1633 Broadway |
| Williamsville, NY 14221 | New York, New York 10019 |
| Telephone: (516) 712-4000 | Telephone: (212) 506-1700 |
| Facsimile: (516) 712-4013 | Facsimile: (212) 506-1800 |
| Attorneys for Defendant | Attorneys for Defendant |
| Eurofins Product Safety Labs | Eurofins Scientific S.E. |

**HUGHES HUBBARD & REED LLP**

By: _____
One Battery Park Plaza
New York, New York 1004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Attorneys for Defendants Bureau Veritas S.A.
and Bureau Veritas Consumer Products
Services, Inc.

**SO ORDERED**

_____
Hon. Richard J. Arcara, U.S.D.J.