UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD., <br><br> Plaintiff, <br><br> v. <br><br> BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC., and EUROFINS PRODUCT SAFETY LABS, <br><br> Defendants. | Civ. No: 08-cv-0923 <br><br> Hon. Elizabeth A. Wolford <br> Hon. H. Kenneth Schroeder, Jr. |

**SPIN MASTER LTD.'S NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiff Spin Master Ltd. ("Spin Master") shall move this Court, at the United States Courthouse, 68 Court Street, Buffalo, New York, on a date assigned by the Court, to grant it leave, pursuant to Fed. R. Civ. P. 5.2 and Local Rule 5.3(c), to file under seal: i) an unredacted version of Spin Master Ltd.'s Response Opposing Defendant Bureau Veritas Consumer Products Services, Inc.'s Statement of Undisputed Material Facts, And Additional Material Facts, Pursuant to Local Rule 56(a)(2); ii) Spin Master Ltd.'s Response Opposing Defendant Eurofins Product Safety Labs, Inc.'s Statement of Undisputed Material Facts, and Additional Material Facts, Pursuant to Local Rule 56(a)(2); and iii) Exhibits 7, 10, 14, 17, 19, 22, 31, 36, 45, 46, 55, 56, 58, 63, and 77 to the Declaration of Ronald Y. Rothstein. Copies of the

documents to be filed under seal will be sent via commercial carrier to the chambers of Magistrate Judge Schroeder.

Dated:  November 22, 2016                                Respectfully submitted,

By: _____

Ronald Y. Rothstein
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone (312) 558-5600
Facsimile (312) 558-5700

Dennis R. McCoy
BARCLAY DAMON LLP
200 Delaware Avenue
Buffalo, New York 14202
Telephone (716) 566-1560
Facsimile (716) 566-4014

*Counsel for Plaintiff*
*Spin Master Ltd.*

## CERTIFICATE OF SERVICE

On the 22nd day of November, 2016, I filed the foregoing notice of motion to seal with the Court's ECF system and by doing so served a copy on the following counsel of record, and served confidential supporting papers:

Eric K. Blumenfeld, Esq.
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3910

*Attorney for Defendant Bureau Veritas Consumer Products Services, Inc.*

Dorit Ungar Black, Esq.
Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019

*Attorney for Eurofins Product Safety Labs, Inc.*

Dated: November 22, 2016

Ron Rothstein